## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| **MARCIA R. MEOLI, Trustee for** | § | |
| **RENAE HOEBBEL** | § | Case No. 1:18-CV-97 |
| | § | |
| Plaintiff | § | |
| | § | Hon. Robert J. Jonker |
| -v- | § | |
| | § | |
| **EGS FINANCIAL CARE INC., fka** | § | |
| **NCO FINANCIAL SYSTEMS, INC.** | § | |
| | § | |
| Defendant. | § | |

### STIPULATION OF VOLUNTARY DISMISSAL
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by the parties and/or their respective counsel that the above captioned matter is voluntarily dismissed, with prejudice against the defendants pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

| | |
|---|---|
| Dated: 10/23/18 | Dated: 10/23/18 |
| | |
| /s/ Jeffrey D Mapes | /s/ Glenn R. Knirsch |
| Jeffrey D. Mapes (P70509) | Sessions, Fishman, Nathan & Israel |
| Jeffrey D. Mapes PLC | 2647 Eaton Rd., |
| 29 Pearl St. NW, Ste.305 | University Heights, OH 44118-4330 |
| Grand Rapids, MI 49503 | Tel: (216) 331-1308 |
| Tel: (616) 719-3847 | Fax: (216) 220-4937 |
| Fax: (616) 719-3857 | |
| jeff@mapesdebt.com | |